19-CV-90-CG-M

MoBile County Public School
MS.

MY CHILDREN HAVE Been Bully, Hit By
TeacHeR, TreAt IN Human, No SCHool Bus
+o TAKe them +o SCHool (Refuse +o Pick UP).
NOT OBeY THe STATE SPECIAL EDUCATION
FACILITATION THAT WAS SeT UP BY C. RICHARDSON
PROGRAM COORDINATOR, SPECIAL EDUCATION AND BeRNICE
RUSH HARRISON EDUCATION SPeCIALIST FOR MeDIATION
PROCeSSeS WHICH tHeY CHANGE MoBile Public SCHool
CHANGE, CHILD WeRe SCAReD +o 8o +o SCHool

I WOULD Like All DAMAGE THAT IN title
+o MY CHILD !!!!

All ReSPoNSiBiE UNDeR
THIS COURT OF LAW

THERe
R
CHILDReN     Charles Dixon     2/25/19
2556 S. FIORDIA St
MoBile, AL 36606
251 264-0682

# BOT 2 ™

## Bruininks-Oseretsky Test of Motor Proficiency, *Second Edition*

Robert H. Bruininks, PhD, & Brett D. Bruininks

| | Year | Month | Day |
|---|---|---|---|
| Test Date | | | |
| Birth Date | 09 | 09 | 22 |
| Chronological Age | | | |

| | | |
|---|---|---|
| Preferred Drawing Hand: | Right | Left |
| Preferred Throwing Hand/Arm: | Right | Left |
| Preferred Foot/Leg: | Right | Left |

**Norms Used:** ☐ Female ☐ Male ☐ Combined

Name Deshawn Dixon _____ Sex _____ Grade _____

Name _____ School/Clinic _____

| | Total Point Score | Scale Score Mean = 15, SD = 5 (Tables B.1–B.3) | Standard Score Mean = 50, SD = 10 (Tables B.4–B.7) | Confidence Interval: 90% or 95% (Tables C.1–C.4) Band | Interval | %ile Rank (Tables B.4–B.7) | Age Equiv. (Tables B.14–B.16) | Descriptive Category (Table C.13) |
|---|---|---|---|---|---|---|---|---|
| Fine Motor Precision | 32 | 15 | | + − | | | 7:6 | AVG |
| Fine Motor Integration | 28 | 13 | | + − | | | 6:5 | AVG |
| **Fine Manual Control** | | Sum 28 | 47 | + − | | 38 | | AVG |
| Manual Dexterity | | | | + − | | | | |
| Upper-Limb Coordination | | | | + − | | | | |
| **Manual Coordination** | | Sum | | + − | | | | |
| Bilateral Coordination | | | | + − | | | | |
| Balance | | | | + − | | | | |
| **Body Coordination** | | Sum | | + − | | | | |
| Running Speed and Agility | | | | + − | | | | |
| Strength Push-up: Knee Full | | | | + − | | | | |
| **Strength and Agility** | | Sum | | + − | | | | |
| **Total Motor Composite** | | | Sum | | | | | |

| | Total Point Score | Standard Score (Tables B.8–B.13) | Confidence Interval: 90% or 95% (Tables C.3, C.4) Band | Interval | %ile Rank (Tables B.8–B.13) | Descriptive Category (Table C.13) |
|---|---|---|---|---|---|---|
| Push-up: Knee Full | | | + − | | | |

## Complete Form

During the testing session, record the examinee's performance on each item.

After the testing session, convert each item raw score to a point score using the conversion table provided. For items needing two trials, convert the better of the two raw scores. Then, record the point score in the appropriate oval in the Point Score column.

For each subtest, add the item point scores, and record the total in the oval labeled Total Point Score and on the appropriate line on the cover page.

## Short Form

During the testing session, record the examinee's performance on each Short Form item, listed on page 8.

After the testing session, convert each item raw score to a point score using the conversion table provided. For items needing two trials, convert the better of the two raw scores. Then, record the point score in the appropriate oval in the Point Score column.

Finally, add the item point scores for all 14 Short Form items, and record the total in the oval labeled Total Point Score and on the appropriate line on the cover page.



**PsychCorp is an imprint of Pearson Clinical Assessment.**
**Pearson Executive Office 5601 Green Valley Drive Bloomington, MN 55437**
**800.627.7271 www.PsychCorp.com**
Copyright © 2005 NCS Pearson, Inc. All rights reserved.
**Warning:** No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the copyright owner.
Pearson, the PSI logo, PsychCorp, and BOT are trademarks in the U.S. and/or other countries of Pearson Education, Inc., or its affiliate(s). Printed in the United States of America.

**PsychCorp**

18 A B C D E

Product Number 58002

## Test 1: Fine Motor Precision

| | Raw Score | | | | | | | | | Point Score |
|---|---|---|---|---|---|---|---|---|---|---|
| Filling in Shapes—Circle | 2 points | Raw | 0 | 1 | 2 | 3 | | | | (2) |
| | | Point | 0 | 1 | 2 | 3 | | | | |
| Filling in Shapes—Star | 2 points | Raw | 0 | 1 | 2 | 3 | | | | (2) |
| | | Point | 0 | 1 | 2 | 3 | | | | |
| Drawing Lines through Paths—Crooked | 0 errors | Raw | ≥21 | 15–20 | 10–14 | 6–9 | 4–5 | 2–3 | 1 | 0 | (7) |
| | | Point | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Drawing Lines through Paths—Curved | 3 errors | Raw | ≥21 | 15–20 | 10–14 | 6–9 | 4–5 | (2–3) | 1 | 0 | (5) |
| | | Point | 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | |
| Connecting Dots | 12 points | Raw | ≤0 | 1–2 | 3–4 | 5–6 | 7–8 | 9–10 | 11 | (12) | (7) |
| | | Point | 0 | 1 | 2 | 3 | 4 | 5 | 6 | (7) | |
| Folding Paper | 7 points | Raw | 0 | 1–2 | 3–4 | 5–6 | (7–8) | 9–10 | 11 | 12 | (4) |
| | | Point | 0 | 1 | 2 | 3 | (4) | 5 | 6 | 7 | |
| Cutting Out a Circle | 9 points | Raw | 0 | 1–2 | 3–4 | 5–6 | 7–8 | (9–10) | 11 | 12 | (5) |
| | | Point | 0 | 1 | 2 | 3 | 4 | (5) | 6 | 7 | |

*Notes & Observations*

(32)

**Total Point Score**
**Subtest 1**
**(max = 41)**

## Test 2: Fine Motor Integration

| *Note. If the Basic Shape facet is scored 0, remaining facets and the total score for item must also be scored 0.* | Basic Shape | Closure | Edges | Orientation | Overlap | Overall Size | Raw Score | Point Score |
|---|---|---|---|---|---|---|---|---|
| Copying a Circle | 0 (1) | 0 (1) | (0) 1 | | | 0 (1) | 3 points | (3) |
| Copying a Square | 0 (1) | 0 (1) | 0 (1) | 0 (1) | | 0 (1) | 5 points | (5) |
| Copying Overlapping Circles | 0 (1) | 0 (1) | 0 (1) | 0 (1) | 0 (1) | 0 1 | 4 points | (4) |
| Copying a Wavy Line | 0 (1) | | (0) 1 | 0 (1) | | 0 (1) | 3 points | (3) |
| Copying a Triangle | 0 (1) | 0 (1) | 0 (1) | 0 (1) | | 0 (1) | 5 points | (5) |
| Copying a Diamond | 0 (1) | 0 (1) | 0 1 | 0 (1) | | 0 (1) | 4 points | (4) |
| Copying a Star | (0) 1 | 0 1 | 0 1 | 0 1 | | 0 1 | 0 points | (0) |
| Copying Overlapping Pencils | 0 (1) | 0 (1) | 0 (1) | 0 (1) | 0 (1) | 0 1 | 4 points | (4) |

*Notes & Observations*

(28)

**Total Point Score**
**Subtest 2**
**(max = 40)**

Test 2: Fine Motor Integration, add the facet scores, record the sum in the Raw Score column, transfer the raw score for each item directly to the corresponding oval in the Point Score column.

My name is Deshaun

I am seven.

I can run.

I am smart.

www.PrintablePaper.net

# Policy for Accepting Electronic Submissions of Written State Complaints and Due Process Hearing Requests

All electronic submissions (e-submissions are those sent by e-mail or facsimile) of written state complaints and due process hearing requests must be provided in written form and signed.

All e-submissions must be signed in the same manner as those received via regular mail. For example, a signature would be the same on these submissions as a person would use for any other legal document such as a bank check or signing a contract. Exceptions may be made for persons without the ability to sign their name.

The e-submissions will be reviewed Monday through Friday during the regular business hours of 7:00 a.m. to 4:00 p.m. (Central Standard Time). For submissions provided outside of 7:00 a.m. to 4:00 p.m., weekends, or holidays, the document(s) will be reviewed on the next business day. If the document(s) meets requirements, the written state complaint or due process hearing request will be accepted, date stamped, and initiated without delay.

For written state complaints, the signed written submission must have the following required information:
- Allege a violation that occurred not more than one year prior to the date that the complaint is received;
- Include a statement that a public agency has violated a requirement of Part B of the IDEA;
- Include the facts on which the statement is based;
- Include the signature and contact information for the complainant;
- If alleging violations with respect to a specific child, the name and address of the residence of the child, and the name of the school the child is attending (in the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided), a description of the nature of the problem of the child, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time the complaint is filed.

Revised 2/5/15

For due process hearings, the signed, written submission must have the following required information:

- Allege a violation that occurred not more than two years before the date the parent or public agency knew or should have known about the alleged action that forms the basis of the request for a hearing;
- The name of the child;
- The address of the residence of the child;
- The name of the school the child is attending;
- A description of the nature of the problem of the child relating to the proposed or refused initiation or change, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time.

In the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided in the request.

All other requirements regarding either of these processes must be adhered to.

A sample form for filing a written state complaint and a sample form for filing a due process hearing request can be found on the Alabama State Department of Education's Web site at www.alsde.edu.

Written state complaints may be e-mailed to cwaggoner@alsde.edu or brush-harrison@alsde.edu or faxed to Ms. Bernice Rush-Harrison or Mr. Clark Waggoner at (334) 242-9192.

Due process hearing requests may be e-mailed to cwaggoner@alsde.edu or faxed to Mr. Clark Waggoner at (334) 242-9192.

Revised 2/5/15

**NEWMAN'S MEDICAL SERVICES INC--AMBULANCE DIVISION**

**3500 COTTAGE HILL ROAD**
**MOBILE, AL 36609-6589**
**(800)451-6772**
**Federal Tax ID: 630818351**
**National Provider Id: 1437152212**

CHARLES  DIXON                                          Patient:   CHARLES  DIXON
2556 S FLORIDA ST
MOBILE  AL 36606-2342                          | Amount Enclosed: $                          |

---

Please return top portion with payment

---

01/04/2018                              **Statement**                              Page 1

Patient:                CHARLES  DIXON
Patient Code:        CHARDIXO

| Date | Invoice | Description | Charges | Payments | Balance |
|------|---------|-------------|---------|----------|---------|
| 12/06/2017 | 17-120327 | Charges | $125.00 | $0.00 | $125.00 |
| | | | **Invoice Total:** | | **$125.00** |

OUR RECORDS SHOW THAT YOU DO NOT HAVE MEDICARE, MEDICAID OR INSURANCE. IF YOU ARE COVERED
CALL OUR OFFICE 800-451-6772   SO THAT WE MAY FILE A CLAIM FOR YOU.  IF NOT PLEASE PAY THIS BILL TODAY
OR CALL TO SET UP PAYMENTS.

$125.00    Currently Due

$125.00    Total Balance Due

$0.00    Less amount awaiting payment from Medicare or Insurance

$125.00    Total Balance Due From You

FOR BILLING QUESTIONS PLEASE CALL 800-451-6772 OR TO PAY YOUR BILL WITH YOUR MASTERCARD OR VISA
CREDIT OR DEBIT CARD CALL OUR OFFICE AT 251-602-6102.

**NEWMAN'S MEDICAL SERVICES INC.**
**PO BOX 2408**
**LAGRANGE, GA 30241**

PRESOR /ED
FIRST CLASS





U.S. POSTAGE **PITNEY BOWES**

ZIP 30241  **$ 000.42³**
02 1W
0001386233 JAN 08 2018

9    LBE-IMB    36606

# Policy for Accepting Electronic Submissions of Written State Complaints and Due Process Hearing Requests

All electronic submissions (e-submissions are those sent by e-mail or facsimile) of written state complaints and due process hearing requests must be provided in written form and signed.

All e-submissions must be signed in the same manner as those received via regular mail. For example, a signature would be the same on these submissions as a person would use for any other legal document such as a bank check or signing a contract. Exceptions may be made for persons without the ability to sign their name.

The e-submissions will be reviewed Monday through Friday during the regular business hours of 7:00 a.m. to 4:00 p.m. (Central Standard Time). For submissions provided outside of 7:00 a.m. to 4:00 p.m., weekends, or holidays, the document(s) will be reviewed on the next business day. If the document(s) meets requirements, the written state complaint or due process hearing request will be accepted, date stamped, and initiated without delay.

For written state complaints, the signed written submission must have the following required information:
- Allege a violation that occurred not more than one year prior to the date that the complaint is received;
- Include a statement that a public agency has violated a requirement of Part B of the IDEA;
- Include the facts on which the statement is based;
- Include the signature and contact information for the complainant;
- If alleging violations with respect to a specific child, the name and address of the residence of the child, and the name of the school the child is attending (in the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided), a description of the nature of the problem of the child, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time the complaint is filed.

Revised 2/5/15

For due process hearings, the signed, written submission must have the following required information:

- Allege a violation that occurred not more than two years before the date the parent or public agency knew or should have known about the alleged action that forms the basis of the request for a hearing;
- The name of the child;
- The address of the residence of the child;
- The name of the school the child is attending;
- A description of the nature of the problem of the child relating to the proposed or refused initiation or change, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time.

In the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided in the request.

All other requirements regarding either of these processes must be adhered to.

A sample form for filing a written state complaint and a sample form for filing a due process hearing request can be found on the Alabama State Department of Education's Web site at www.alsde.edu.

Written state complaints may be e-mailed to cwaggoner@alsde.edu or brush-harrison@alsde.edu or faxed to Ms. Bernice Rush-Harrison or Mr. Clark Waggoner at (334) 242-9192.

Due process hearing requests may be e-mailed to cwaggoner@alsde.edu or faxed to Mr. Clark Waggoner at (334) 242-9192.

Revised 2/5/15

## STATE COMPLAINT PROCESS

When attempts to resolve a problem at the local level have failed, and when it is believed that a local education agency (LEA) is violating *Alabama Exceptional Child Education Act* (1971, No. 106) (Act 106) or the *Alabama Administrative Code* 290-8-9-.12 (AAC) pertaining to a student's gifted services, the complaint process may be utilized. Only a parent of a child who is gifted may file a state complaint.

### (a) Filing a Complaint with the State Department of Education.

1.   Any complaint filed must be for issues/allegations that occurred not more than one year prior to when the State Department of Education (SDE) receives it.

2.   A signed written complaint must be filed at Special Education Services (SES). A form for submitting a complaint is available at www.alsde.edu, point to Sections, in the pop-up window click on Special Education, and when the page opens click on the Gifted link at the top of the page. The form may also be acquired by calling (334) 242-8114.

3.   When filing a signed written complaint, the complainant must fully complete the required form.

4.   A copy of the complaint must be sent to the LEA superintendent.

### (b) Acting on Complaints.

1.   The State Program Coordinator of Special Education Services will assign a staff member to review and investigate the complaint.

2.   A copy of the complaint will be sent to the LEAs involved.

3.   The LEA shall submit a written resolution statement, plan of action, or statement of position to the assigned complaint contact within 15 calendar days from receipt of the signed written complaint.

4.   SES will review the response and determine what other actions may be necessary.

5.   The entire complaint process shall be completed within 60 calendar days from receipt of the complaint. SES may grant an extension of time when it can be established that exceptional circumstances warrant delay.

6.   A timely report will be issued to the complainant and the LEA involved.

# Policy for Accepting Electronic Submissions of Written State Complaints and Due Process Hearing Requests

All electronic submissions (e-submissions are those sent by e-mail or facsimile) of written state complaints and due process hearing requests must be provided in written form and signed.

All e-submissions must be signed in the same manner as those received via regular mail. For example, a signature would be the same on these submissions as a person would use for any other legal document such as a bank check or signing a contract. Exceptions may be made for persons without the ability to sign their name.

The e-submissions will be reviewed Monday through Friday during the regular business hours of 7:00 a.m. to 4:00 p.m. (Central Standard Time). For submissions provided outside of 7:00 a.m. to 4:00 p.m., weekends, or holidays, the document(s) will be reviewed on the next business day. If the document(s) meets requirements, the written state complaint or due process hearing request will be accepted, date stamped, and initiated without delay.

For written state complaints, the signed written submission must have the following required information:
- Allege a violation that occurred not more than one year prior to the date that the complaint is received;
- Include a statement that a public agency has violated a requirement of Part B of the IDEA;
- Include the facts on which the statement is based;
- Include the signature and contact information for the complainant;
- If alleging violations with respect to a specific child, the name and address of the residence of the child, and the name of the school the child is attending (in the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided), a description of the nature of the problem of the child, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time the complaint is filed.

Revised 2/5/15

For due process hearings, the signed, written submission must have the following required information:

- Allege a violation that occurred not more than two years before the date the parent or public agency knew or should have known about the alleged action that forms the basis of the request for a hearing;
- The name of the child;
- The address of the residence of the child;
- The name of the school the child is attending;
- A description of the nature of the problem of the child relating to the proposed or refused initiation or change, including facts relating to the problem;
- A proposed resolution of the problem to the extent known and available to the party at the time.

In the case of a homeless child or youth, available contact information for the child and the name of the school the child is attending must be provided in the request.

All other requirements regarding either of these processes must be adhered to.

A sample form for filing a written state complaint and a sample form for filing a due process hearing request can be found on the Alabama State Department of Education's Web site at www.alsde.edu.

Written state complaints may be e-mailed to cwaggoner@alsde.edu or brush-harrison@alsde.edu or faxed to Ms. Bernice Rush-Harrison or Mr. Clark Waggoner at (334) 242-9192.

Due process hearing requests may be e-mailed to cwaggoner@alsde.edu or faxed to Mr. Clark Waggoner at (334) 242-9192.

Revised 2/5/15

# 60-Day Special Education Complaint letter

Date 3/29/18

Ms. Crystal Richardson
Program Coordinator, Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Richardson:

I believe the _MoBile, Co_____ School System has violated requirements for special education under the *Individuals With Disabilities Education Improvement Act of 2004* (IDEA) and/or the *Alabama Administrative Code*, Special Education Chapter. I am filing a 60-Day Special Education Complaint.

I understand that the school system has the right with my consent to mediation to attempt to resolve my concerns about special education. I consent to participate in mediation and to an extension in the complaint timeline if needed in order for mediation to be scheduled and convened.
[X] YES          [ ] NO          Charles Duncan          3/29/18

AND I HAVE                       Signature                        Date
INFORM THEM

The violation(s) of special education requirements not more than one year prior to the date the complaint is received; the facts on which the statement(s) is based, and proposed resolution(s) are written in the boxes below.

Violation(s):  All

Facts About the Violation(s):

Proposed Resolution(s):



# Mobile County Public Schools
## *DEPARTMENT OF SPECIAL PROGRAMS*
**Gifted Education Office:  Leigh Anne Akey, 251-221-4228 or lakey@mcpss.com**

## RIGHTS IN GIFTED EDUCATION
### (Please keep this form for your records. Do not return.)

Student Name:  __Charles Dixon__          School:  __Maryvale Elementary__          Teacher:  __L. Shoemaker__

The following is an explanation of rights available to students who are in the referral process or who are identified as gifted.  If you would like a further explanation of any of these rights you may contact the gifted specialist, your school principal, the special education coordinator or gifted supervisor in your school system.

**CONSENT:**  1) Right to give consent before a referral or individual assessment is conducted and before initial placement is made in a gifted program; 2) Right to refuse consent for referral or individual assessment or the initial provision of gifted education services; 3) Right to revoke consent at any time.

**EVALUATION PROCEDURES:**  1) Right to a referral and subsequent assessment of the child's educational needs for the purpose of determining placement and services; 2) Right to have more than one criterion used in determining an appropriate educational program for the child.

**GIFTED EDUCATION PLAN (GEP):**  1) Right to attend the meeting to develop, review, or revise the GEP; 2) Right to be notified of the GEP meeting early enough to ensure an opportunity to attend; 3) Right to have the GEP meeting scheduled at a mutually agreed upon time and place; 4) Right to a copy of the GEP upon request; 5) Right to bring other people to the GEP meeting; 6) Right to ask for a revision of the GEP.

**DISPUTE RESOLUTION PROCESS:**  When attempts to resolve a problem at the local level have failed, dispute resolution processes are available from Special Education Services.  Information regarding these processes can be obtained by contacting the school system's gifted coordinator.  You can also contact the gifted education specialists at the Alabama State Department of Education by calling (334) 242-8114.

## MCPSS' GRIEVANCE PROCEDURES

*Each LEA shall establish grievance procedures consistent with local policy through which parents may resolve concerns regarding identification, evaluation, eligibility, or services for gifted students. Parents are required to follow this procedure before filing a formal complaint or requesting a due process hearing through the SDE.*

**The Mobile County Public School System employs the following procedures:**

- Parents, Gifted Education Specialists and/or Principal should contact the Gifted Education Office for assistance with a possible solution(s).
- The Gifted Education Office will offer possible solutions and inform parents of their rights and avenues of appeal if a solution cannot be found or agreed upon.
- If a solution cannot be agreed upon, the Gifted Education Office will arrange a grievance meeting with the Executive Director of Special Services and/or the Coordinator of Psychological Services.

**The Executive Director of Special Services or the Coordinator of Psychological Services:**

- Offers possible solutions
- Assigns tasks to personnel under her/his supervision if needed
- Negotiates with parents and school personnel to carry out their responsibilities if effecting the solution
- Informs parents of their rights and of avenues of appeal if a solution has not been agreed upon

**Documentation of the process and the resolution of each grievance will be maintained in the Department of Special Services.**

*Grievance Procedures are from:  Mobile County Public Schools LEA Plan for Gifted, Approved 4-14-2006*



**Mobile County**
PUBLIC SCHOOLS

1 Magnum Pass | Mobile, Alabama 36618 | www.mcpss.com | 251-221-4000

**SCHOOL** *09/07/2016*

**DATE:** **9/7/2016**

**RE:** **PACE REFERRAL & SCREENING PROCESS**

**NAME:** *Charles Dixon*

Dear Parent/Guardian,

Congratulations! Your child is being considered for PACE (Gifted and Talented) services and will be referred to the school nurse for a:

___X___ vision screening ___X___ hearing screening

A vision and hearing test is part of our screening process. Your signed permission is required for this screening. Please sign in the appropriate space below and return this form to your child's teacher as soon as possible so that the screening process for your child's PACE referral can continue.

Thank you,

_____
School Nurse

*Heather Watson*
Gifted Specialist (PACE Teacher)

__X__ I give my permission for the vision/hearing screening.

_____ I do not want my child to have a vision & hearing screening.

My child is under the care of Dr. _____

*Charles Dixon* | 9/8 | 251) 209-2123
Parent/Guardian Signature | Date | Phone Number



# Mobile County
## PUBLIC SCHOLS

1 Magnum Pass · Mobile, Alabama 36618 · www.mcpss.com · 251-221-4000

**SCHOOL** *09/07/2016.*

**DATE:** 9/7/2016

**RE:** **PACE REFERRAL & SCREENING PROCESS**

**NAME:** *Charles Dixon*

Dear Parent/Guardian,

Congratulations! Your child is being considered for PACE (Gifted and Talented) services and will be referred to the school nurse for a:

   **X**   vision screening    **X**   hearing screening

A vision and hearing test is part of our screening process. Your signed permission is required for this screening.  Please sign in the appropriate space below and return this form to your child's teacher as soon as possible so that the screening process for your child's PACE referral can continue.

Thank you,

_____      *Heather Watson*
         School Nurse                           Gifted Specialist  (PACE Teacher)

_____ I give my permission for the vision/hearing screening.

_____ I do not want my child to have a vision & hearing screening.

My child is under the care of Dr. _____

*Charles Dixon*            9_____      251) 209-2123
   Parent/Guardian Signature               Date                   Phone Number

DIXON, Charles                              1969289519                            09-11-2007

## BOARD OF SCHOOL COMMISSIONERS OF MOBILE COUNTY
**One Magnum Pass**
**P. O. BOX 180069**
**MOBILE, AL. 36618**

## DEPARTMENT OF PSYCHOLOGICAL SERVICES
## INDIVIDUAL PSYCHOEDUCATIONAL REPORT

| CONFIDENTIAL INFORMATION |
| --- |

| | | | |
| --- | --- | --- | --- |
| **SCHOOL #:** | MV/0470 | **STATE ID #:** | 1969289519 |
| | | | |
| **NAME:** | Charles R. Dixon Jr. | **BIRTHDATE:** | 09-11-2007 |
| **PARENT:** | Charles Dixon Jr. - Father | **RACE:** | African American |
| **ADDRESS:** | 2556 Florida Street Ext. | **GENDER:** | Male |
| **CITY/STATE/ZIP:** | Mobile, AL  36604 | **GRADE:** | 3rd |
| **TELEPHONE:** | 251-209-2123 | | |
| **SCHOOL:** | Maryvale  Elementary | | |
| **EXAMINER:** | Kathy Powell | **CODE:** | 103 |
| | | | |
| **ACTION:** | Gifted - Initial | **PREPARED:** | 01-11-2017 |

| Test: WISC-V | Date: 01-04-2017 |
| --- | --- |
| Verbal Comprehension Index | 106 |
| Visual Spatial Index | 89 |
| Fluid Reasoning Index | 103 |
| Working Memory Index | 115 |
| Processing Speed Index | 114 |
| **Full Scale IQ** | **104** |
| | |
| **Ancillary Index Scores** | |
| Quantitative Reasoning Index | 97 |
| Nonverbal Index | 101 |
| General Ability Index | 99 |

| |
| --- |
| The information contained within this report is only one portion of the information necessary for a placement decision.  It should be supplemented by any other pertinent data relative to the student's psycho-educational functioning. Examples of such data include behavior rating scales, medical reports, standardized achievement test results, criterion testing results and parent and teacher observations.  The consideration of all these data will result in a picture of the student's total functioning and, subsequently, a more accurate placement decision. |

DIXON, Charles                        1969289519                              09-11-2007

**ASSESSMENT INSTRUMENTS:**
WECHSLER INTELLIGENCE SCALE FOR CHILDREN-FIFTH EDITION (WISC-V)

**REFERRAL INFORMATION:**
Officials of Maryvale Elementary School referred Charles Dixon Jr. for evaluation. The primary reason for referral was suspected intellectual giftedness. The purpose of this referral was to aid in the determination of appropriate educational needs at this time.

**BACKGROUND INFORMATION:**
Charles is a 9 year 3 month old male student who is currently attending 3rd grade classes at Maryvale Elementary School.

**PRIOR ASSESSMENTS:**
Results of vision and hearing screening are as follows:
09-12-16 – Vision: Snellen/Rosenbaum - Within Normal Limits
09-12-16 – Hearing: Maico - Within Normal Limits

**TEST CONDITIONS AND BEHAVIORAL OBSERVATIONS:**
Charles was tested under favorable conditions in a private room at Maryvale Elementary School. The testing environment was free of noise and distractions and offered adequate lighting and ventilation. There were no interruptions during the test administration.

Rapport was felt by the examiner to be easily established and maintained throughout the session. Charles easily engaged in spontaneous conversation and interacted in a positive, polite manner. He remained attentive throughout the assessment. The results of this evaluation are reported in confidence as being a reliable and valid estimate of Charles' current levels of intellectual and academic functioning.

The **WECHSLER INTELLIGENCE SCALE FOR CHILDREN-FIFTH EDITION (WISC-V)** is used to measure the general thinking and reasoning skills of children aged 6 to 16 years. This assessment provides a composite score that represents Charles's overall intellectual ability (FSIQ), as well as primary index scores that measure the following areas of cognitive functioning: verbal comprehension, visual spatial processing, fluid reasoning, working memory, and processing speed. Charles was also administered subtests contributing to four ancillary index scores that provide additional information about his cognitive skills.

WISC-V scores show how well Charles performed compared to a group of children his age from the United States. A primary index score can range from 45 to 155, while the FSIQ ranges from 40 to 160. For both the primary index scores and the FSIQ, scores ranging from 90 to 109 are typically considered average. It is common for examinees to exhibit strengths and weaknesses across index scores.

Scores on the WISC-V can be influenced by motivation, attention, interests, and opportunities for learning. For these reasons, some scores might be slightly higher or lower if Charles was tested again at another time. It is therefore important to view these test scores as a snapshot of Charles' current level of intellectual functioning. When these scores are used as part of a comprehensive evaluation, they contribute to an understanding of his current strengths and any needs that can be addressed.

DIXON, Charles                    1969289519                          09-11-2007

**WISC-V Continued:**
Charles achieved the following results:

| SUBTEST/COMPOSITE | SCALED SCORE/ STANDARD SCORE | PERCENTILE |
|---|---|---|
| *Similarities | 12 | 75 |
| *Vocabulary | 10 | 50 |
| **Verbal Comprehension Index** | **106** | **66** |
|  |  |  |
| *Block Design | 6 | 9 |
| Visual Puzzles | 10 | 50 |
| **Visual Spatial Index** | **89** | **23** |
|  |  |  |
| *Matrix Reasoning | 11 | 63 |
| *Figure Weights | 10 | 50 |
| (Arithmetic) | 9 | 37 |
| **Fluid Reasoning Index** | **103** | **58** |
|  |  |  |
| *Digit Span | 13 | 84 |
| Picture Span | 12 | 75 |
| **Working Memory Index** | **115** | **84** |
|  |  |  |
| *Coding | 12 | 75 |
| Symbol Search | 13 | 84 |
| **Processing Speed Index** | **114** | **82** |
|  |  |  |
| **Full Scale IQ** | **104** | **61** |

Subtest used to derive the FSIQ are marked with an *. Secondary subtests are in parentheses.

Charles obtained a Full Scale IQ of 104 on the WISC-V. There is a 90% chance that his Full Scale IQ falls between 99 and 109. This score places him in the Average range of general intellectual functioning. Based on current test data, the Full Scale IQ falls at the 61st percentile. This indicates that Charles performed as well as, or better than, 61 percent of individuals his age in the standardization sample.

Charles obtained a Verbal Comprehension Index score of 106, which places his score in the Average classification of verbal intellectual functioning. This index measures Charles' ability to access and apply acquired word knowledge. Specifically, this score reflects the ability to verbalize meaningful concepts, think about verbal information, and use words for verbal expression. Based on current test data, the VCI is at the 66th percentile. This indicates that Charles performed as well as, or better than, 66 percent of individuals his age in the standardization sample.

Charles' Visual Spatial Index score of 89 places his score in the Low Average classification. This index measures the ability to evaluate visual details and understand visual spatial relationships in order to construct geometric designs from a model. This skill requires visual spatial reasoning, integration and synthesis of part-whole relationships, attentiveness to visual detail, and visual-motor integration. Based on current test data, the

Page 3

DIXON, Charles                          1969289519                          09-11-2007

VSI falls at the 23rd percentile. This indicates that Charles performed as well as, or better than, 23 percent of individuals his age in the standardization sample.

Charles' Fluid Reasoning Index score of 103 places his score in the Average classification. This index measures the ability to detect underlying relationships among visual objects and to use reasoning to identify and apply rules. This requires inductive and quantitative reasoning, broad visual intelligence, simultaneous processing, and abstract thinking. Based on current test data, the FRI falls at the 58th percentile. This indicates that Charles performed as well as, or better than, 58 percent of individuals his age in the standardization sample.

Charles' Working Memory Index score of 115 places his score in the High Average classification. This index score measures the ability to register, maintain, and manipulate visual and auditory information. This requires attention and concentration, as well as visual and auditory discrimination. Based on current test data, the WMI falls at the 84th percentile. This indicates that Charles performed as well as, or better than, 84 percent of individuals his age in the standardization sample.

Charles' Processing Speed Index score of 114 places his score in the High Average classification. This index score measures speed and accuracy of visual identification, decision making, and decision implementation. Performance on the PSI is related to visual scanning, visual discrimination, short-term visual memory, coordination, and concentration. Based on current test data, the PSI falls at the 82nd percentile. This indicates that Charles performed as well as, or better than, 82 percent of individuals his age in the standardization sample.

Comparing Charles' subtest scaled scores to his individual mean; a significant weakness was noted in the Block Design Subtest.

Subtest descriptions are as follows:
**Verbal Comprehension Index:**
**Similarities** requires the student to describe similarities between common words. It measures verbal reasoning and concept formation, verbal expression, and distinction between nonessential and essential features.
**Vocabulary** requires the student to name pictures and/or define words aloud. It measures word knowledge, verbal concept formation, and a child's degree of language development and verbal expression.

**Visual Spatial Index:**
**Block Design** requires the student to view designs and use blocks to recreate each design. This subtest measures the ability to analyze and synthesize abstract visual stimuli. It also measures visual perception, organization, simultaneous processing, and visual-motor coordination.
**Visual Puzzles** requires the student to view a completed puzzle and select three pieces that together would reconstruct the puzzle. Visual Puzzles measures inductive and deductive logic and quantitative reasoning.

**Fluid Reasoning Index:**
**Matrix Reasoning** requires the student to select the missing piece to complete a pattern. This subtest measures fluid intelligence and general intellectual ability.

**Figure Weights** requires the student to look at a scale with a missing weight and identify the weight that would keep the scale balanced. This subtest measures application of quantitative concepts of equality to understand relationships of objects.

## Working Memory Index:
**Digit Span** requires the student to listen to strings of numbers read aloud and recall them in the same order, backward order, and ascending order. This measures short-term auditory memory, sequencing skills, attention, concentration, mental alertness, and cognitive flexibility.
**Picture Span** requires the student to memorize pictures and identify them in order on subsequent pages. This measures attention and concentration and short term visual memory.

## Processing Speed Index:
**Coding** requires the student to copy symbols paired with numbers. The Coding subtest measures processing speed, visual-motor dexterity and speed, short-term memory, and motivation.
**Symbol Search** requires the student to scan a group of symbols and mark the targeted symbol. The Symbol Search subtest measures short-term visual memory, processing speed, visual discrimination, and concentration.

## ANCILLARY INDEX SCORES
Ancillary index scores are also provided. The ancillary index scores represent cognitive abilities using different primary and secondary subtest groupings than do the primary index scores. The ancillary index scores are also on a standard score metric with a mean of 100 and an *SD* of 15. The Quantitative Reasoning Index (QRI) score has a range of 45-155. The remaining three ancillary index scores have a range of 40-160: Nonverbal Index (NVI), General Ability Index (GAI), and the Cognitive Proficiency Index (CPI). Scores ranging from 90 to 109 are typically considered average.

Charles achieved the following results:

| ANCILLARY/COMPOSITE | STANDARD SCORE | PERCENTILE |
|---|---|---|
| Quantitative Reasoning | 97 | 42 |
| Nonverbal | 101 | 53 |
| General Ability | 99 | 47 |
| Cognitive Proficiency | 117 | 87 |

Charles' Quantitative Reasoning Index (QRI) score of 97 places his score in the Average classification. This index score may help to predict his reading and math achievement scores, creative potential, standardized test performance, and future academic success. Performance on the QRI is closely related to general intelligence and can indicate a child's capacity to perform mental math operations and comprehend abstract relationships. Based on current test data, the QRI falls at the 42nd percentile. This indicates that Charles performed as well as, or better than, 42 percent of individuals his age in the standardization sample. The QRI is composed of the following subtests: Figure Weights and Arithmetic.

DIXON, Charles                    1969289519                        09-11-2007

The Nonverbal Index (NVI) score of 101 places Charles' nonverbal skills in the Average range. Based on current test data, the Nonverbal Index falls at the 53rd percentile. This indicates that Charles performed as well as, or better than, 53 percent of individuals his age in the standardization sample. The Nonverbal Index is derived from six subtests that do not require verbal responses: Block Design, Visual Puzzles, Matrix Reasoning, Figure Weights, Picture Span, and Coding. This index score can provide a measure of general intellectual functioning that minimizes expressive language demands.

Charles' General Ability Index (GAI) score of 99 places his score in the Average classification. This index score provides an estimate of general intelligence that is less impacted by working memory and processing speed, relative to the FSIQ. The GAI does not replace the FSIQ as the best estimate of overall ability. It should be interpreted along with the FSIQ and all of the primary index scores. Based on current test data, the GAI falls at the 47th percentile. This indicates that Charles performed as well as, or better than, 47 percent of individuals his age in the standardization sample. The (GAI) is composed of the following subtests: Similarities, Vocabulary, Block Design, Matrix Reasoning, and Figure Weights.

Charles' Cognitive Proficiency Index (CPI) score of 117 places his score in the High Average classification. The CPI is most informative when interpreted as part of a comprehensive evaluation, together with its counterpart, the GAI. Based on current test data, the CPI falls at the 87th percentile. This indicates that Charles performed as well as, or better than, 87 percent of individuals his age in the standardization sample. The CPI is composed of the following subtests: Digit Span, Picture Span, Coding, and Symbol Search.

## SUMMARY/RECOMMENDATION:
Charles Dixon Jr. obtained a Verbal Intelligence Index score of 106, which falls at the 66th percentile. The Nonverbal Intelligence Index score of 101 falls at the 53rd percentile. Charles' Quantitative Reasoning Index score of 97 falls at the 42nd percentile. The General Ability Intelligence score of 99 places him in the Average classification of intelligence and falls at the 47th percentile. Charles' Cognitive Proficiency Index score of 117 falls at the 87th percentile. The Composite Intelligence score of 104 places him in the Average classification of intelligence and falls at the 61st percentile.

Appropriate placement should be determined.

*Kathy Powell*

Kathy Powell, M.Ed.
School Psychometrist
Certification Number 372016



**STATE OF ALABAMA**
## DEPARTMENT OF EDUCATION



Ed Richardson
Interim State Superintendent of Education

April 25, 2018

Alabama
State Board
of Education

Mr. Charles Dixon, Sr.
1865 Allison Street
Mobile, AL 36617

Governor Kay Ivey
President

Dear Mr. Dixon:

Jackie Zeigler
District I

Our office is in receipt of the *Request for Facilitated IEP Team Meeting, A Request for Special Education Mediation, Request for Impartial Due Process Hearing,* and a *60-Day Special Education Complaint letter* you submitted on behalf of Charles Dixon, Jr., against the Mobile County Public School System.  In the accompanying documentation it is noted that Charles Dixon, Jr., is a student in the Gifted Education process. The documents you submitted on behalf of Charles Dixon, Jr., apply to Special Education dispute resolution options available under the *Individuals with Disabilities Education Improvement Act of 2004* (IDEA) and/or the *Alabama Administrative Code* (AAC), Special Education Services Chapter.  To file a State Complaint for Gifted issues or to request mediation for Gifted issues you are required to follow the process described under the AAC 290-8-9.12 Gifted.  A copy of the procedure and sample forms for filing a Gifted State Complaint or to request mediation for Gifted issues is enclosed.  You may contact me at (334) 242-8114 with questions about dispute resolution options available for Gifted issues.

Betty Peters
District II

Stephanie Bell
District III
Vice President

The IDEA dispute resolution processes submitted do not have authority regarding the supervision, removal or retention of local school board personnel.  The Mobile County Board of Education is the agency authorized, under the Code of Alabama 1975, Title 16, and Chapter 8, to address the personnel related issues referenced in your letter.  The Office for Civil Rights (OCR) has the authority to investigate allegations of discrimination, retaliation, and harassment.  OCR may be contacted by calling (404) 974-9406.  Local law enforcement and /or the Office of Child Protective Services for the Family Services Division of the Alabama Department of Human Resources (DHR) are the agencies to contact with reports of child negligence and/or endangerment. DHR may be contacted by calling (334) 242-9500.

Yvette M. Richardson, Ed.D.
District IV

Ella B. Bell
District V

Because they pertain to matters outside of the IDEA and/or the AAC Special Education Services Chapter, your submissions have not been accepted and are being returned as an enclosure to this letter.

Cynthia McCarty, Ph.D.
District VI
President Pro Tem

Sincerely,

Jeff Newman
District VII

Bernice Rush-Harrison
Education Specialist
Special Education Services

Mary Scott Hunter, J.D.
District VIII

CW/SR
Enclosures
cc:    Ms. Martha Peek
       Ms. Sharon Magee
       Dr. Erinn Floyd
       Mr. Clark Waggoner
       Ms. Tina Sanders

Ed Richardson
Interim Secretary and
Executive Officer

# The UPS Store

2029B Airport Blvd
Mobile, AL 36606
251-473-1022 Tel
251-473-1058 Fax
store5632@theupsstore.com
theupsstorelocal.com/5632

4/2/18

ATT: DR. RICHARDSON
DR. LANGAM
MS. RICHARDSON
MS. B. RUSH-HARRISON
MS. SANDER

# Fax

To _ALA. STATE DEPT. ED_        From _CHARLES DIXON SR._

Company _____        Phone number _251)930-3395_

Fax number _____        Fax number _____

Date _____        Total pages _27_

Job number _____

HAVE MORE OF THIS
TRUE STORY IF
NEED BE!!!

THEY HAVE REALLY BROKE THE
LAW, AND HURT MY
KIDS!!!        PLEASE HELP
MY KID!!



**Mobile County**
**P U B L I C   S C H O O L S**

1 Magnum Pass | Mobile, Alabama 36618 | www.mcpss.com | 251-221-4000

**SCHOOL** _09/07/2016_

**DATE:** _9/7/2016_

**RE:** **PACE REFERRAL & SCREENING PROCESS**

**NAME:** _Charles Dixon_

Dear Parent/Guardian,

Congratulations! Your child is being considered for PACE (Gifted and Talented) services and will be referred to the school nurse for a:

____X____ vision screening     ___X___ hearing screening

A vision and hearing test is part of our screening process. Your signed permission is required for this screening. Please sign in the appropriate space below and return this form to your child's teacher as soon as possible so that the screening process for your child's PACE referral can continue.

Thank you,

_____          _Heather Watson_
              School Nurse                       Gifted Specialist (PACE Teacher)

____X____ I give my permission for the vision/hearing screening.

_____ I do not want my child to have a vision & hearing screening.

My child is under the care of Dr. _____

_Charles Dixon_          _9/8/1_          _251) 209-2123_
Parent/Guardian Signature          Date          Phone Number

GIFT

# 60-Day Special Education Complaint letter

Page 2

The alleged violations are about a specific child with disabilities. [X]YES        [ ] NO
If yes, the following information is required.

| The name and address of the residence of the child: |
|---|
| Name:  PATHWAY APT. |
| Address:  2556 S. FLORIDA ST |
| City/State/Zip  MoBiLe, AL  36606 |
| |
| Telephone Number  (25)  930-3895 / 643-5276 |
| Name of school child attends:  FONDE |
| (If the child is homeless, provide any available contact information.) |
| |
| |

Description of the problem of the child, including facts relating to the problem:

ABUSE, NEGLECT, BATTERY, BULLYING, FALSE
VIOLATIONS OF LAWS OF SPECIAL EDUCATION
FED, STATE OF ALA.
TRANPORTION RIGHTS, ATTENDANCE VIOLATIONS, LACK OF MEDICAL
ATTENTION, EDUCATION NOT IN SCHOOL, SAFTEY TRY TO PUT
IN DANGER TO THERE WALFARE, AT A SCHOOL AGAINT JUDGE
ORDER

Proposed Resolution(s) to the extent known and available to the party at the time the complaint is filed:

THEY HAVE NOT DONE
ANYTHING. PERIOD !!!

N/A

Gifts

## 60-Day Special Education Complaint letter

The alleged violations are about a specific child with disabilities. [ ] YES          [ ] NO
If yes, the following information is required.

| The name and address of the residence of the child: |
| --- |
| Name: |
| Address: |
| City/State/Zip |
| |
| Telephone Number   (    ) |
| Name of school child attends: |
| (If the child is homeless, provide any available contact information.) |
| |
| |
| Description of the problem of the child, including facts relating to the problem: |
| |
| Proposed Resolution(s) to the extent known and available to the party at the time the complaint is filed: |
| |

Sincerely,

_____     Name of Person Filing Complaint
_____     [ ] Parent     [ ] Student     [ ] Agency     [ ] Other
_____     Street Address, Route Number, or P.O. Box Number
_____
_____     City/State/Zip
_____     Telephone Number

cc:  Local Education Agency Superintendent

AL 60-Day Special Education Complaint Sample Letter

# REQUEST FOR IMPARTIAL DUE PROCESS HEARING

Date 3/29/18

State Superintendent of Education
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear State Superintendent of Education:

I disagree with one or more of the special education decisions that have been made regarding:

CHARLES    DIXON _____ Student

FONDE    ELEMENTARY _____ School Attends

MOBILE, CO _____ School System

I am requesting an impartial due process hearing.  I understand that I must send a copy of this request to the local education agency.  The local education agency will contact me to schedule a resolution meeting that will occur within 15 calendar days of the filing of this request.  The resolution meeting need not be held if both parties agree in writing to waive the meeting or agree to use the State mediation process.

My concern(s) and proposed resolution(s) are written in the boxes below.

Concern(s):

Proposed Resolution(s):

Sincerely,

CHARLES   DIXON JR _____ Signature of Person Requesting Hearing - [  ] Parent [  ] Student

_____ Street Address, Route Number, or Post Office Box Number 2556 S. Florida

_____ City, State, Zip MoBile, AL  36606

_____ Telephone Number 251  643-5276

cc:  Local Education Agency Superintendent

DPHREQrev
4/8/16

**A Request for Special Education Mediation**

I understand that mediation is a voluntary process for the parties who agree to participate.  I also know that I may request mediation by calling (334) 242-8114 and asking to speak with Ms. Bernice Rush-Harrison, or e-mailing her at brush-harrison@alsde.edu to request mediation.  I may send my request in writing by using the form letter below or simply writing my own letter.

Date 3/29/18

Ms. Bernice Rush-Harrison
Mediation Coordinator
Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Rush-Harrison:

I am the parent of a child with a disability (or have the authority to act as the child's parent) and I am not satisfied with my child's special education program.

(Note: If the student is 19 years old, the student must request mediation or agree to voluntarily participate in mediation, unless there is a court order or other legal document that permits another party to act on the student's behalf.)

Currently my child is enrolled at ___FONDE___ school, in the ___Mobile, Co___ school system.

Or, if the student with disabilities is 19 years old or older:
Currently, I am enrolled at _____ school, in the _____ school system.

My child's birthdate is ___9/11/07___ Or, my birthdate is _____.

My child's disability category is ___Gift___. Or, my disability category is _____.

Please explain why mediation is requested.
___Abuse, Battery, NOT in Aduance Class___
_____
_____
_____
_____
_____
_____
_____
_____

Sincerely,

| CHARLES DIXON SR | Name of Person requesting mediation |
| CHARLES DIXON JR | [X] Parent   [X] Student |
| | Street Address, Route Number, or P.O. Box Number |
| | City/State/Zip 1865 Allison St |
| | Telephone Number 251 643-5276 |

11/20/14

**Request for Facilitated IEP Team Meeting**

FIEP Team Meeting Coordinator
Special Education Services
P.O. Box 302101
Montgomery, AL 36130-2101
Phone: (334) 242-8114 Fax: (334) 242-9192
Email: brush-harrison@alsde.edu

**Who initiated this request?** ☐ Parent/Guardian or Adult Student   ☐ School   ☐ Both

**Student Information**
Name: CHARLES DIXON
Address: 2556 S. FLORIDA ST
Date of Birth: 9-11-07   Grade Level: 4   Telephone: 251 643-5276

**Parent/Guardian Information**
Name(s): CHARLES DIXON SR
Address: 2556 S. FLORIDA ST
Telephone: Home _____ Work _____ Cell 251 643-5276
E-mail Address: _____

**School Representative**
Name: FONDE
Position/Title: _____
Telephone: 251 221-4218   E-mail Address: _____

**Meeting Information**
Meeting Location Address: IN HER OFFICE / DR. CARROL
Date: _____   Time: _____

**Type of Meeting** ☐ Initial   ☐ Reevaluation   ☐ Annual IEP Review   ☐ Other
Please describe the areas of concern regarding the IEP:
I REPORT FALSE PAPER WORK, PEOPLE BEING
INSUBORDINATE, BULLY, TEACHER HITTING HIM

We understand and agree to the following:

- The facilitated IEP Team meeting process is voluntary and cannot be used to delay or deny due process rights.
- The goal is to write an IEP that focuses on the student's needs.
- The minimally required IEP Team members must be present for the meeting to take place.
- The facilitator is not a member of the IEP Team.
- Signing this request gives the IEP Team meeting facilitator access to the student's education records.
- Neither party shall call the facilitator to testify in any subsequent proceedings.

_____   3/29/18
Signature of Parent/Adult Student/Guardian   Date

*and/or*

_____   _____
Signature of School District Representative   Date

*August 22, 2017*

Concern(s): All of Sons Right, Lawful, medical, Education, Transportation
Was an is or been or now being violated, want put when no school
as there minor, abuse, neglect battery has occurred, as well as Bullying
provoking to get them to do thing as un professional Administrative, Teacher,
Employer to be able to make it look lawful in the sight of laws.
Attendance Record has been alter, wrong paperwork for social security
it has cause as follows: (1) Emotional fear (2) Fear of Teacher, Administrative
(3) Depression (4) physical Trauma (5) Education in peace and Law full free
from woodstues (6) free from Bullying (7) Psychological problem.
(8) battery well being from harm and danger done by staff fraud student
(9) civil right violations - due process (10) Insubordination of Administrative ect.

Proposed Resolution(s): Want all who did or assist in break federal,
state al law to protect above mention minor student
and breaking the judge of the lawful state of alabame that
protect minor, from such Approve violater of act against such minor.

① Jail for all violater on minor first.
② local, safety of minor first.
③ Give those went Doctor need to be provoce for
   time matter and governor to be medical prpose
④ all safty and govern to be address that day not
   week later or month.
⑤ Stop covering up crime against minor
⑥ Stop covering up cover up crime on minor by educater.
⑦ Stop abusing, desturict, battery on minor by staff.
⑧ Stop Bully by staff au kid to be allow by staff
⑨ Stop try to stop what he got and go notified to made by law
⑩ Stop lie to parent about who is who, admit mistake
⑪ Stop all crime against minor !!!!!!!!!!

Sincerely,

[signature]

Signature of Person Requesting Hearing (or Parent/Guardian)

# STATE COMPLAINT
# AND
# MEDIATION PROCESSES

**FOR MATTERS PERTAINING TO GIFTED STUDENTS**

## STATE COMPLAINT PROCESS

When attempts to resolve a problem at the local level have failed, and when it is believed that a local education agency (LEA) is violating *Alabama Exceptional Child Education Act* (1971, No. 106) (Act 106) or the *Alabama Administrative Code* 290-8-9-.12 (AAC) pertaining to a student's gifted services, the complaint process may be utilized. Only a parent of a child who is gifted may file a state complaint.

**(a) Filing a Complaint with the State Department of Education.**

1.   Any complaint filed must be for issues/allegations that occurred not more than one year prior to when the State Department of Education (SDE) receives it.

2.   A signed written complaint must be filed at Special Education Services (SES). A form for submitting a complaint is available at www.alsde.edu, point to Sections, in the pop-up window click on Special Education, and when the page opens click on the Gifted link at the top of the page. The form may also be acquired by calling (334) 242-8114.

3.   When filing a signed written complaint, the complainant must fully complete the required form.

4.   A copy of the complaint must be sent to the LEA superintendent.

**(b) Acting on Complaints.**

1.   The State Program Coordinator of Special Education Services will assign a staff member to review and investigate the complaint.

2.   A copy of the complaint will be sent to the LEAs involved.

3.   The LEA shall submit a written resolution statement, plan of action, or statement of position to the assigned complaint contact within 15 calendar days from receipt of the signed written complaint.

4.   SES will review the response and determine what other actions may be necessary.

5.   The entire complaint process shall be completed within 60 calendar days from receipt of the complaint. SES may grant an extension of time when it can be established that exceptional circumstances warrant delay.

6.   A timely report will be issued to the complainant and the LEA involved.

10/20/14

# MEDIATION PROCESS

When attempts to resolve a problem at the local level have failed, and when the LEA and the parents disagree on matters pertaining to the identification, evaluation, eligibility or Gifted Education Plan (GEP), either party may request a state mediation process to resolve the issue(s). The Program Coordinator of Special Education Services, provides a discretionary process of mediation, where the parties may resolve their differences in a less formalized and less adversarial manner. Mediation is entirely optional and voluntary for the parties. Only a parent of a child who is gifted, or who disagrees with the identification decision, evaluation, GEP, or who is in the referral process may request mediation.

## (a) Requesting Mediation

1.    Either party may request a Mediation Conference by writing to the Program Coordinator, Special Education Services, or by calling 334-242-8114. An assigned mediator will contact the other parties to determine if they are willing to participate in mediation.

2.    The assigned mediator will work with the parties at a suitable date, time and location.

3.    Either party participating in mediation may utilize a representative when they believe such assistance would be helpful in resolving the issues.

## (b) Mediation Process

Although the mediation conference is an informal process utilized to resolve problems, the mediator will utilize some structure in order to provide a forum whereby discussion can be accomplished and agreements made in an orderly manner.

# 60-Day State Complaint Letter for Gifted Issues

Date _____

Ms. Crystal Richardson
Program Coordinator, Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Richardson:

I am the parent of a student that is gifted (or that I believe to be gifted but the student has not been identified as gifted). **Only the parent of a student or the student who has reached the age of majority may file a State Complaint.**

I believe the _____ School System has violated requirements in the *Alabama Administrative Code*, 290-8-9-.12 Gifted. I am filing this **signed** 60-Day State Complaint. The violation(s) alleged by this complaint occurred not more than one year prior to the date the complaint will be received by Special Education Services. The facts on which the complaint is based and a proposed resolution are in the boxes on page 2 of this complaint.

I understand that prior to filing a State Complaint; I am required to utilize the local agency's grievance procedure.

> Use this box to describe how you used the local school system's procedure(s) to resolve your concerns. Please provide documentation of your attempts to resolve the violation and the results.

10/20/14

| The name and address of the residence of the child: |
|---|
| Name: |
| Address: |
| City/State/Zip |
|  |
| Telephone Number    (   ) |
| Name of school child attends: |
| (If the child is homeless, provide any available contact information.) |
|  |
|  |
| Description of the problem, including facts relating to the problem: |
| |
| Proposed Resolution(s) to the extent known and available to the party at the time the complaint is filed: |
| |

Sincerely,

_____        Signature of Person Filing Complaint
_____        Printed Name
_____        Street Address, Route Number, or P.O. Box Number
_____
_____        City/State/Zip
_____        Telephone Number

cc: Local Education Agency Superintendent
    60-Day State Complaint Letter for Gifted Issues    10/20/14                 Page 2 of 2

10/20/14

### A Request for Mediation for Gifted Issues

I understand that I must first utilize the local education agency's grievance procedure prior to requesting mediation. Mediation is a voluntary process for all the parties who agree to participate. I may request mediation by using the form letter below:

Date _____

Ms. Bernice Rush-Harrison
Mediation Coordinator
Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Rush-Harrison:

I am the parent of a child who is gifted (or have the authority to act as the child's parent).
My child's name is_____. Currently my child is enrolled at
_____ School, in the _____ School System. My child's
birthdate is _____.

Please explain why mediation is requested.

_____
_____
_____
_____
_____
_____
_____
_____
_____

Sincerely,

_____ Signature of Person Requesting Mediation
_____ Printed Name
_____ Street Address, Route Number, or P.O. Box Number
_____
_____ City/State/Zip Code
_____ Telephone Number

10/20/14

# RIGHTS IN GIFTED EDUCATION
## (Please keep this form for your records. Do not return.)

**Student Name:** _____

**School:** _____   **Teacher:** _____

The following is an explanation of rights available to students who are in the referral process or who are identified as gifted.  If you would like a further explanation of any of these rights you may contact the gifted specialist, your school principal, the special education coordinator or gifted supervisor, in your school system.

**CONSENT:**  1) Right to give consent before a referral or individual assessment is conducted and before initial placement is made in a gifted program; 2) Right to refuse consent for referral or individual assessment or the initial provision of gifted education services; 3) Right to revoke consent at any time.

**EVALUATION PROCEDURES:**  1) Right to a referral and subsequent assessment of the child's educational needs for the purpose of determining placement and services; 2) Right to have more than one criterion used in determining an appropriate educational program for the child.

**GIFTED EDUCATION PLAN (GEP):**  1) Right to attend the meeting to develop, review, or revise the GEP; 2) Right to be notified of the GEP meeting early enough to ensure an opportunity to attend; 3) Right to have the GEP meeting scheduled at a mutually agreed upon time and place; 4) Right to a copy of the GEP upon request; 5) Right to bring other people to the GEP meeting; 6) Right to ask for a revision of the GEP.

**DISPUTE RESOLUTION PROCESS:**  When attempts to resolve a problem at the local level have failed, dispute resolution processes are available from Special Education Services.  Information regarding these processes can be obtained by contacting the school system's gifted coordinator. You can also contact the gifted education specialists at the Alabama State Department of Education by calling (334) 242-8114.

ALSDE Approved Feb. 2014

# STATE COMPLAINT
# AND
# MEDIATION PROCESSES

### FOR MATTERS PERTAINING TO GIFTED STUDENTS

## STATE COMPLAINT PROCESS

When attempts to resolve a problem at the local level have failed, and when it is believed that a local education agency (LEA) is violating *Alabama Exceptional Child Education Act* (1971, No. 106) (Act 106) or the *Alabama Administrative Code* 290-8-9-.12 (AAC) pertaining to a student's gifted services, the complaint process may be utilized. Only a parent of a child who is gifted may file a state complaint.

### (a) Filing a Complaint with the State Department of Education.

1. Any complaint filed must be for issues/allegations that occurred not more than one year prior to when the State Department of Education (SDE) receives it.

2. A signed written complaint must be filed at Special Education Services (SES). A form for submitting a complaint is available at www.alsde.edu, point to Sections, in the pop-up window click on Special Education, and when the page opens click on the Gifted link at the top of the page. The form may also be acquired by calling (334) 242-8114.

3. When filing a signed written complaint, the complainant must fully complete the required form.

4. A copy of the complaint must be sent to the LEA superintendent.

### (b) Acting on Complaints.

1. The State Program Coordinator of Special Education Services will assign a staff member to review and investigate the complaint.

2. A copy of the complaint will be sent to the LEAs involved.

3. The LEA shall submit a written resolution statement, plan of action, or statement of position to the assigned complaint contact within 15 calendar days from receipt of the signed written complaint.

4. SES will review the response and determine what other actions may be necessary.

5. The entire complaint process shall be completed within 60 calendar days from receipt of the complaint. SES may grant an extension of time when it can be established that exceptional circumstances warrant delay.

6. A timely report will be issued to the complainant and the LEA involved.

10/20/14

## MEDIATION PROCESS

When attempts to resolve a problem at the local level have failed, and when the LEA and the parents disagree on matters pertaining to the identification, evaluation, eligibility or Gifted Education Plan (GEP), either party may request a state mediation process to resolve the issue(s). The Program Coordinator of Special Education Services, provides a discretionary process of mediation, where the parties may resolve their differences in a less formalized and less adversarial manner. Mediation is entirely optional and voluntary for the parties. Only a parent of a child who is gifted, or who disagrees with the identification decision, evaluation, GEP, or who is in the referral process may request mediation.

### (a) Requesting Mediation

1.     Either party may request a Mediation Conference by writing to the Program Coordinator, Special Education Services, or by calling 334-242-8114. An assigned mediator will contact the other parties to determine if they are willing to participate in mediation.

2.     The assigned mediator will work with the parties at a suitable date, time and location.

3.     Either party participating in mediation may utilize a representative when they believe such assistance would be helpful in resolving the issues.

### (b) Mediation Process

Although the mediation conference is an informal process utilized to resolve problems, the mediator will utilize some structure in order to provide a forum whereby discussion can be accomplished and agreements made in an orderly manner.

# 60-Day State Complaint Letter for Gifted Issues

Date _____

Ms. Crystal Richardson
Program Coordinator, Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Richardson:

I am the parent of a student that is gifted (or that I believe to be gifted but the student has not been identified as gifted). **Only the parent of a student or the student who has reached the age of majority may file a State Complaint.**

I believe the _____ School System has violated requirements in the *Alabama Administrative Code*, 290-8-9-.12 Gifted. I am filing this **signed** 60-Day State Complaint. The violation(s) alleged by this complaint occurred not more than one year prior to the date the complaint will be received by Special Education Services. The facts on which the complaint is based and a proposed resolution are in the boxes on page 2 of this complaint.

I understand that prior to filing a State Complaint; I am required to utilize the local agency's grievance procedure.

| |
|---|
| Use this box to describe how you used the local school system's procedure(s) to resolve your concerns. Please provide documentation of your attempts to resolve the violation and the results. |

10/20/14

| The name and address of the residence of the child: |
| --- |
| Name: |
| Address: |
| City/State/Zip |
| |
| Telephone Number    (   ) |
| Name of school child attends: |
| (If the child is homeless, provide any available contact information.) |
| |
| |
| Description of the problem, including facts relating to the problem: |
| |
| Proposed Resolution(s) to the extent known and available to the party at the time the complaint is filed: |
| |

Sincerely,

_____  Signature of Person Filing Complaint
_____  Printed Name
_____  Street Address, Route Number, or P.O. Box Number
_____
_____  City/State/Zip
_____  Telephone Number

cc:  Local Education Agency Superintendent
     60-Day State Complaint Letter for Gifted Issues    10/20/14              Page 2 of 2

10/20/14

### A Request for Mediation for Gifted Issues

I understand that I must first utilize the local education agency's grievance procedure prior to requesting mediation. Mediation is a voluntary process for all the parties who agree to participate. I may request mediation by using the form letter below:

Date _____

Ms. Bernice Rush-Harrison
Mediation Coordinator
Special Education Services
Post Office Box 302101
Montgomery, Alabama 36130-2101

Dear Ms. Rush-Harrison:

I am the parent of a child who is gifted (or have the authority to act as the child's parent).
My child's name is_____. Currently my child is enrolled at
_____ School, in the _____ School System.  My child's
birthdate is _____.

Please explain why mediation is requested.

_____
_____
_____
_____
_____
_____
_____
_____
_____

Sincerely,

_____ Signature of Person Requesting Mediation
_____ Printed Name
_____ Street Address, Route Number, or P.O. Box Number

_____ City/State/Zip Code
_____ Telephone Number

10/20/14

## RIGHTS IN GIFTED EDUCATION
(Please keep this form for your records. Do not return.)

Student Name: _____

School: _____   Teacher: _____

The following is an explanation of rights available to students who are in the referral process or who are identified as gifted.  If you would like a further explanation of any of these rights you may contact the gifted specialist, your school principal, the special education coordinator or gifted supervisor, in your school system.

**CONSENT:**  1) Right to give consent before a referral or individual assessment is conducted and before initial placement is made in a gifted program; 2) Right to refuse consent for referral or individual assessment or the initial provision of gifted education services; 3) Right to revoke consent at any time.
**EVALUATION PROCEDURES:**   1) Right to a referral and subsequent assessment of the child's educational needs for the purpose of determining placement and services; 2) Right to have more than one criterion used in determining an appropriate educational program for the child.
**GIFTED EDUCATION PLAN (GEP):**  1) Right to attend the meeting to develop, review, or revise the GEP; 2) Right to be notified of the GEP meeting early enough to ensure an opportunity to attend; 3) Right to have the GEP meeting scheduled at a mutually agreed upon time and place; 4) Right to a copy of the GEP upon request; 5) Right to bring other people to the GEP meeting; 6) Right to ask for a revision of the GEP.
**DISPUTE RESOLUTION PROCESS:**  When attempts to resolve a problem at the local level have failed, dispute resolution processes are available from Special Education Services.  Information regarding these processes can be obtained by contacting the school system's gifted coordinator. You can also contact the gifted education specialists at the Alabama State Department of Education by calling (334) 242-8114.

ALSDE Approved Feb. 2014



**STATE OF ALABAMA
DEPARTMENT OF EDUCATION**
P.O. BOX 302101
MONTGOMERY, ALABAMA 36130-2101



Montgomery P&DC 360
WED 25 APR 2018

MR. CHARLES DIXON, SR.
1865 ALLISON STREET
MOBILE, AL 36617