# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CHARLES R. DIXON, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO 19-090-CG-MU |
| MOBILE COUNTY PUBLIC SCHOOLS, et al., | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 22, 2019 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 30th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE