## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES R. DIXON,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION NO 19-090-CG-MU** |
| | **)** | |
| **MOBILE COUNTY PUBLIC** | **)** | |
| **SCHOOLS, <u>et</u> <u>al</u>.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## <u>JUDGMENT</u>

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this action be, and it hereby is, **DISMISSED** pursuant to Fed.R.Civ.P. 41(b) for failure to file an appropriate complaint against Mobile County Public Schools and its employees in compliance with this Court's lawful orders. Additionally, this **DISMISSAL IS WITH PREJUDICE** as a sanction due to Plaintiff's recalcitrance and contumacious conduct in failing to file an appropriate amended complaint as ordered by the Court, since no other sanction will suffice.

**DONE and ORDERED** this 30th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE